So Ordered.

Signed this 2 day of July, 2015.

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------x
In re:

    Peter W. Smith,
        Plaintiff.

v.

    Ocwen Loan Servicing, LLC,
        Defendant.
------------------------------------------------x

Chapter 13
Case No. 15-10484 (REL)
Adv. Pro. 15-90027

## STIPULATION EXTENDING TIME TO RESPOND TO ADVERSARY COMPLAINT

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the attorneys for the respective parties hereto, that the time for defendant, Ocwen Loan Servicing, LLC to respond to the Adversary Complaint in the above-referenced proceeding, be and hereby is, extended until August 3, 2015.

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| Dated: July 1, 2015 | Dated: July 1, 2015 |
| By: _____ <br> Richard Croak, Esq. <br> 314 Great Oaks Blvd <br> Albany, NY 12203 | By: /s/ Michael T. Rozea <br> Michael T. Rozea, Esq. <br> Leopold & Associates, PLLC <br> 80 Business Park Drive <br> Armonk, New York 10504 |

###